UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

DON KARL JURAVIN,

      Debtor.

_____/

DON KARL JURAVIN,
Case No. 6:18-bk-06821-KSJ

      Applicable Debtor.

_____/

DENNIS D. KENNEDY,
AS CHAPTER 7 TRUSTEE OF THE
ESTATE OF DON KARL JURAVIN,

      Plaintiff,

v.

ROCA LABS NUTRACEUTICAL USA, INC.,

      Defendant.

_____/

Chapter 7

Case No. 6:18-bk-06821-KSJ

Case No. 6:20-bk-01801-KSJ

*Jointly Administered with*
Case No. 6:18-bk-06821-KSJ

Adv. Pro. No. 6:21-ap-00144-KSJ

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO MOVE FOR DEFAULT JUDGMENT**

Plaintiff, DENNIS D. KENNEDY, AS CHAPTER 7 TRUSTEE OF THE ESTATE OF

DON KARL JURAVIN ("Plaintiff"), by and through undersigned counsel, files this Motion for

Extension of Time to move for default Judgment against Defendant, ROCA LABS

NUTRACEUTICAL USA, INC., ("Defendant"), in accordance with Local Rule 7001-1, and in

support thereof, states as follows:

1.      On October 4, 2021, Plaintiff filed Adversary Proceeding No. 6:21-ap-00144-KSJ against Defendant for piercing the corporate veil/alter ego, turnover and recovery of fraudulent transfers (Doc. No. 1).

2.      This Court issued its Summons as to Defendant in this adversary proceeding on October 5, 2021 (Doc. No. 2), which was served to Defendant by postage prepaid, first class United States mail on October 7, 2021, as illustrated by the Summons executed to ROCA LABS NUTRACEUTICAL USA, INC. (Doc. No. 3).

3.      On November 19, 2021, Plaintiff timely filed his Motion for Entry of Default (Doc. No. 6).

4.      On November 22, 2021, an Entry of Default was entered by the Clerk (Doc. No. 7).

5.      In accordance with Local Rule 7001-1, this Court permits Plaintiff to move for judgment by default no later than 60 days from the filing of the complaint.

6.      Plaintiff needs additional time to move for default judgment against the Defendant.

7.      Plaintiff requests an additional thirty (30) days to move for judgment by default in this adversary proceeding.

8.      The granting of the relief requested will prejudice no party hereto.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order granting additional time for Plaintiff to file his motion for judgment by default against Defendant, ROCA LABS NUTRACEUTICAL USA, INC., to thirty (30) days after entry of an order, and issue any other order the court deems appropriate under the facts and circumstances herein.

Dated:  December 3, 2021.

/s/ Lauren M. Reynolds
Bradley M. Saxton, Esquire
Florida Bar No. 0855995
bsaxton@whww.com

2

Lauren M. Reynolds, Esquire
Florida Bar No. 112141
Lreynolds@whww.com
**Winderweedle, Haines, Ward**
  **& Woodman, P.A.**
Post Office Box 880
Winter Park, FL 32790-0880
(407) 423-4246
(407) 645-3728 (facsimile)
Attorneys for Dennis D. Kennedy,
Trustee

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 3, 2021, a true copy of the foregoing has been furnished via US Mail to:

ROCA LABS NUTRACEUTICAL USA, INC., by and through its last known Registered Agent/Secretary, George C. Whiting, 5849 Lynn Lake Drive South, Unit A, St. Petersburg, FL 33712
ROCA LABS NUTRACEUTICAL USA, INC., Don Karl Juravin, its last known President, 15118 Pendio Drive, Montverde, FL 34756

/s/ Lauren M. Reynolds
Lauren M. Reynolds